**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Personne Elrico McGHEE, a/k/a
Rico, Defendant—Appellant.**

No. 03–7677.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Personne Elrico McGhee, Appellant pro se. Paul Thomas Camilletti, Office of the United States Attorney, Martinsburg, West Virginia, for Appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Personne Elrico McGhee appeals a district court order denying his motion to modify his sentence. We have reviewed the record and the district court order and find no error. Accordingly, we affirm on the reasoning of the district court. *See United States v. McGhee,* No. CR–93–46 (N.D.W.Va. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*